**Order entered January 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01412-CV

**GJ PARTNERS, LTD., AND GENE JOYCE, Appellants**

**V.**

**CIMA CONTRACTORS, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03091-2018**

## ORDER

The reporter's record in this case is overdue. On December 14, 2018, appellants responded to our late notice regarding the reporter's record and provided the Court with proof they had paid for the reporter's record. Accordingly, we **ORDER** Antoinette Varela to file the reporter's record within **TEN DAYS** of the date of this letter.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Ray Wheless
Presiding Judge
366th Judicial District Court

Antionette Varela
Official Court Reporter
366th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE